# EXHIBIT 1

FROST & SULLIVAN



# Blood Pressure Clinician Perception Tracker Survey

June 21, 2023

***The Growth Pipeline™ Company***
***Powering clients to a future shaped by growth***

# RESEARCH METHODOLOGY

| | |
|---|---|
| **Overview** | • Frost & Sullivan has developed, programed, fielded and analyzed a survey of clinicians to investigate their awareness and perspective of blood pressure monitor brands. |
| **Participants** | • Survey was conducted blind<br>• Geographic scope of as follows:<br>  • United States only<br>• Respondents match the following criteria:<br>  • Currently practicing and seeing patients |
| **Sample** | • Final: n = 450<br>  • General practice/Family medicine/Internal medicine<br>  • Cardiologist<br>  • Pharmacists |
| **Fieldwork** | • March to May 2023 |
| **Methodology** | • Web-based interviews |

# TOP OTC BPM BRANDS RECOMMENDED TO PATIENTS

- About 59% of physicians and 80% of pharmacists recommend OMRON.

**Wave 8 OTC BP Brands Recommended – Specialty**

| | Total | GP/Family/IM | Cardiologist | Pharmacist |
|---|---|---|---|---|
| OMRON | 59% | 58% | 60% | 80% |
| Brand A | 22% | 21% | 24% | 8% |
| Brand B | 22% | 24% | 20% | 28% |
| Brand C | 18% | 20% | 17% | 11% |
| Brand D | 18% | 20% | 16% | 21% |
| Brand E | 17% | 21% | 13% | 19% |
| Brand F | 16% | 16% | 15% | 9% |
| Brand G | 11% | 9% | 13% | 10% |
| Brand H | 10% | 12% | 8% | 9% |
| Brand I | 8% | 10% | 6% | 7% |
| Brand J | 8% | 8% | 8% | 5% |
| Brand K | 7% | 9% | 5% | 9% |
| Brand L | 6% | 5% | 6% | 4% |
| Brand M | 5% | 4% | 6% | 7% |
| Brand N | 4% | 4% | 3% | 6% |
| Brand O | 3% | 4% | 3% | 2% |
| Brand P | 3% | 3% | 3% | 5% |
| Brand Q | 3% | 3% | 3% | 3% |
| Brand R | 3% | 2% | 3% | 2% |
| Brand S | 3% | 3% | 3% | 1% |

Note: Multiple mentions. Responses 3% or more shown.
Base: Filtered Wave 8 BP physician Respondents (n=290), GP/Family/Internal medicine (n=146), Cardiologist (n=144). Pharmacist (n=149).
Q14. What specific brand(s) of OTC or at-home blood pressure devices do you recommend to your patients? Select all that apply.

# CONTACT DETAILS

FROST & SULLIVAN

**Charlie Whelan**
Senior Vice President of Consulting
Healthcare North America
+1 210.247.2436
Cell +1.210.452.0389
cwhelan@frost.com